UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2006 JAN -4 P 4:32

----------------------------------------)
)
IN RE: Request from Poland Pursuant )
to the Treaty between the United )
States of America and the Republic )
of Poland on Mutual Legal )
Assistance in Criminal Matters )
in the Matter of Agnieszka )
Markowska )
)
----------------------------------------)

1:06-2-JM

## MOTION TO SEAL, LEVEL II

The United States of America respectfully requests that the entire case file in the above reference matter, including the Application, the Memorandum of Law with exhibits, the Order of said Application, this Motion to Seal and any Order thereon be maintained under seal, level II, unless and until this Court orders otherwise. In support, the government states:

This matter is brought before the Court pursuant to an ongoing criminal investigation being conducted by a foreign sovereign nation, the Republic of Poland.

The individual named in this request is the victim of credit card fraud. This request involves seeking sensitive financial information (i.e. credit card account information) of the individual named in this request. In order to protect the privacy of the individual named in this request as well as in the interests of not divulging any sensitive financial information relative to this individual, the government would request that this request and all documents pertaining to it remain sealed until or unless the Court directs otherwise.

WHEREFORE, the government respectfully requests that the entire case file in this matter be maintained under seal, level II, unless and until the Court orders otherwise.

*[signature]*

1-12-06

Respectfully submitted,

THOMAS P. COLANTUONO
United States Attorney

By: /s/ Michael Gunnison
Michael J. Gunnison
Assistant United States Attorney
NH Bar No. 9180
U.S. Attorney's Office
53 Pleasant Street, 3rd Floor
Concord, NH 03301-3904
Tel: (603) 225-1552

Dated:   January 4, 2006